THE CHEESECAKE FACTORY INCORPORATED, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Cheesecake Factory Inc. v. Comm'r
Docket No. 23591-09
United States Tax Court
2010 U.S. Tax Ct. LEXIS 65; August 26, 2010, Entered
*65 For Lewis Richard Walton Jr., Petitioner: Lewis Richard Walton Jr., Walton & Walton, LLP, Marina del Rey, CA.
For Linda P. Azmon, Respondent: Mark L. Hulse, Westbury, NY.
John O. Colvin, Chief Judge.
John O. Colvin
DECISION
Pursuant to the agreement of the parties in this case, it is
ORDERED AND DECIDED: That there is a deficiency in income tax due from petitioner for the taxable year 2005 in the amount of $383,743.00; and
That there is no penalty due from petitioner for the taxable year 2005, under the provisions of I.R.C. § 6662(a).
/s/ John O. Colvin
Chief Judge
Entered: AUG 26 2010
* * * *
It is hereby stipulated that the Court may enter the foregoing decision in this case.
It is further stipulated that interest will be assessed as provided by law on the deficiency due from petitioner.
It is further stipulated that, effective upon the entry of this decision by the Court, petitioner waives the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiency (plus statutory interest) until the decision of the Tax Court becomes final.
WILLIAM J. WILKINS
Chief Counsel
Internal Revenue Service
/s/ L. Richard Walton
L. RICHARD WALTON
Buchalter Nemer, P.C.
Counsel for Petitioner
Tax *66 Court Bar No. WL0357
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Telephone: 213-891-5290
Date: July 28, 2010
By: /s/ Linda P. Azmon
LINDA P. AZMON
Senior Counsel
(Tax Exempt & Government Entities)
Tax Court Bar No. AL0194
1600 Stewart Avenue
Suite 601
Westbury, NY 11590
Telephone: (516) 688-1702
x1734
Date: 8/23/10